IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FREEMAN LAKES POULTRY, LLC, | |
| Plaintiff, | 4:25CV3038 |
| vs. | |
| SOUTHERN TRUST INSURANCE COMPANY, | DISMISSAL ORDER |
| Defendant. | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 21).  Having considered the matter, the Court will accept the Joint Stipulation.

Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with each party to bear its own costs.

Dated this 26th day of February, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge